RECEIVED

NOV 2 6 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


FILED

12/8/2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PH

CoRtez Lyons
_____
_____
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

A. Vergara
_____

W. Shevlin
_____

LT. C. Best
_____

Jerry Baldwin
_____

Warden Tarry Williams
_____

Director Salvador Godinez
(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

14 C 9564
Judge James B. Zagel
Magistrate Jeffrey Cole

CHECK ONE ONLY:

___✓___  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
         U.S. Code (state, county, or municipal defendants)

_____  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
         28 SECTION 1331 U.S. Code (federal defendants)

_____  OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.

I.   Plaintiff(s):

A.   Name: CORTEZ LYONS

B.   List all aliases: NONE

C.   Prisoner identification number: R47483

D.   Place of present confinement: Stateville

E.   Address: P.O. Box 112 Joliet, IL 60434

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  Defendant(s):

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A.   Defendant: A. Vergara ) D. Jerry Baldwin

Title: Officer ) Hearing Officer

Place of Employment: Stateville ) Stateville

B.   Defendant: W. Shevlin ) E. Tarry Williams

Title: Officer ) Warden

Place of Employment: Stateville ) Stateville

C.   Defendant: Charles Best ) F. Salvador Godinez

Title: LT. ) Director

Place of Employment: Stateville ) Stateville

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _Cortez Lyons v Ronald Ledvora ect 14-cv-1587_

B. Approximate date of filing lawsuit: _Feb 2014_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _NONE_

D. List all defendants: _Ronald Ledvora, MD, David Blatt, MD Pamela Humphries, RN ). Thomas Dart Avery Hart, MD_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _u.s. northern District of IL. Eastern Division_

F. Name of judge to whom case was assigned: _James B. Zagel_

G. Basic claim made: _Deliberate indifference_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Pending._

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(1) 4-24-14 While being housed at Stateville NRC Me and my cellmate Hector Santiago were Playing cards, we got into a aguement and Santiago choked me and Pressed me against the wall and stabbed me with a pen, So I defended myself. (2) Officer Avergara interviewed me and I told him what happened with the altercation between me and santiago, officer Shevlin wrote me a disciplinary ticket For Fighting And Assault, But Shevlin only wrote Santiago a ticket For Fighting. (3) 4-25-14 I WAS transferred to stateville F-House Segregation And Placed in cell 153. At this time I was denied T-shirt's socks, underwear, bath towels, and Sheet's (4) 5-5-14 LT. Best and Jerry Baldwin heard My disciplinary ticket. I explained to them that my cellmate attacked me, choking me, pressing me against the wall and that he stabbed me with a pen, I told them that I never assaulted anyone, And that Santiago was bigger and Stronger then me, and that I defended myself to get him OFF of me. (5) 5-5-14 LT. Best And Jerry Baldwin gave me a one year Segregation term And Santiago received 30 days. (6) Two months after being in F-House Segregation I WAS moved in cell 144 and the inmate that was there before me left two old dirty-yellow Sheet's I started using the old dirty Sheet's because I didn't have any even though they broke my Face out. I WAS never given T-shirt's socks, underwear, bath towels or Sheets.

4

(7)

8-18-14 I was moved to cell 137. During this four month period of being in F-House Segregation I sent in over ten clothing room request slips for t-shirts, sock, underwear, bath towels, and sheets. I asked LT. Sullivan for these items over ten times. He continued to say that they didn't have these items. (8) 8-19-14 I sent a emergency grievance to warden Tarry Williams (see exhibit (1). In this grievance I complained about the fact that I was being denied T-shirts, socks, underwear, bath towels, and sheets. I complained that I had sent in request slips and talked to LT. Sullivan several times since I've been in segregation, a total of four months. (9) 9-5-14 warden Tarry williams denied my grievance and I exhausted my grievance to the administrative review Board (see exhibit (1). 9-10-14 the administrative review Board denied my grievance. See exhibit (2)) (10) 8-19-14 I sent a emergency grievance to warden Tarry Williams complaining about the fact that I never assaulted anyone, and that I defended myself when I was attacked by my cellmate, and that I received a year and Santiago received 30 days. see exhibit (3)) (11) 9-5-14 warden Tarry williams denied my grievance, see exhibit (3) I exhausted my grievance to the administrative review Board, they denied my grivance, see exhibit (4)) (12) Sept 2014 I requested a segregation time reduction and was denied 9-9-14) see exhibit (5) 9-18-14 I was denied) see exhibit (6) LT. Best denied my segregation time reduction both times.) (13) 9-17-14 I sent a emergency grievance to warden Tarry williams complaining about the fact that my cell was hazardous, and that my cell was infested with roaches, spiders, earwigs, and that I had to sleep with tissue in my ear. because I feared waking up with a bug in my ear because my old cellie had a roach removed from his ear. See exhibit (7) This caused me to loose sleep.) (14) I complained that my cell had pest infestation) Mice.

5

I complained about the fact that there was Sheded paint, mold and rust around the sink and that the water was yellow, see exhibit(7) During this time I suffered coughing sneezing and my face broke out in hives) see exhibit(12), [15] 9-22-14 warden Tarry Williams denied my grievance, see exhibit(7)) I exhausted my grievance to the administrative review board, they denied my grievance, see exhibit(6)) [16] 9-5-14 I wrote a letter to Director Salvador Godinez a long with a affidavit explaining the fact that I never assaulted anyone, that I defended myself when my cellmate attacked me, I asked for a segregation time reduction because I received a one year segregation term and my cellmate received 30 day for the same incident, Director Godinez never responded to my letter.

[17] 9-5-14 I wrote a letter and a affidavit to warden Tarry williams explaining that I never assaulted anyone, that I received a one year segregation term And the other party that attacked me received 30 days, I explained the fact that I was defending myself, and I asked for a segregation time reduction, warden Tarry williams denied my request, see exhibit(10)) [18] 9-17-14 My cellmate Jamal Sharif wrote a affidavit to the fact he witnessed me being denied T-shirt, socks, underwear, Bath towels, Sheets, after pleading with CT Sullivan And other stuff members and sending in clothing room request slips, And that he (Jamal Sharif) had to give me a pair of his underwear and a T-shirt because I was being denied clothing, [19] 9-25-14 my cellmate Jamal Sharif wrote a affidavit to the fact that our cell 137 was dilapidated, mold ritten, Bug and pest infested, And yellow water) see exhibit(11) And (12) for the last two paragraphs.

[20] Due to the fact's stated above, my constitutional 14th and 8th amendment right's have been violated in this matter by the defendant's mentioned in this complaint.

6

V.    Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

(A) compensatory and Punitive damages in an amount to be determined at trial.

(B) An Award of cost And reasonable attorney Fees

(C) such other and Further relief as this court deems Just and Proper.

VI.   The plaintiff demands that the case be tried by a jury.   ☑ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _November_ day of _15th_, 20 _14_

_Cortez Lyons_

(Signature of plaintiff or plaintiffs)

_CORtez Lyons_

(Print name)

_R47483_

(I.D. Number)

_P.O. BOX 112 Joliet, IL 60434_

(Address)

6

Revised 9/2007

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE**

| Date: 8-19-14 | Offender: (Please Print) Cortez Lyons | ID#: R47483 |
|---|---|---|

| Present Facility: Stateville | Facility where grievance issue occurred: Stateville |
|---|---|

**NATURE OF GRIEVANCE:**

GRIEVANCE OFFICE

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility

- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator

AUG 2 1 2014

- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☑ Other (specify): Clothing

- ☐ Disciplinary Report: ___/___/___
  Date of Report

STA# 2515

Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): I am grieving the fact that I've Been Here. I'n Seg For Almost Four Months without Any underwear giving to me, I also dont have clean sheets, when I first Came here LT. Sullivan gave me A matress And A blanket. I asked him For underclothes T shirt, Towel, socks, Boxers And Clean sheets And stated that they dont have any of these things, I HAve sent in several clothing request slips And I've Been Constantly Complaining to LT. Sullivan But I am still without these needed items; Being that I'm in seg they →

Relief Requested: To be immediatly Provided with new clean sheets, And Towels underclothes And monetary damages For my eight and Fourteenth Amendment violation.

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| _Cortez Lyons_ Offender's Signature | R47483 ID# | 8, 19, 14 Date |
|---|---|---|

(Continue on reverse side if necessary)

| **Counselor's Response** (if applicable) |
|---|

Date Received: ___/___/___   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

**RECEIVED**

**SEP 1 0 2014**

**OFFICE OF**
**INMATE ISSUES**

| Print Counselor's Name | Counselor's Signature | ___/___/___ Date of Response |
|---|---|---|

| **EMERGENCY REVIEW** |
|---|

Date Received: 9, 4, 14

Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance   ☑ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| _Tary Willas_ Chief Administrative Officer's Signature | 9, 5, M Date |
|---|---|

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

dont let us. Buy underclothes so I am currently being deprived of these items. I am using old dirty used beed sheets that Are so badly damaged that they Are not white they Are the color of urin. These sheets were left in my cell by whomever WAS here before me. Being that I dont have my own clean sheets nor WAS I properly given sheets. I am forced to sleep on unreasonable sheets. My face is Breaking out as a results of unclean used sheets And my allergies Are bothering me.

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
### Return of Grievance or Correspondence

Offender: *Lyons*　　　　*Cortez*　　　　　　　*R47483*
　　　　　Last Name　　　　　First Name　　　MI　　ID#

Facility: *Stateville CC*

☑ Grievance: Facility Grievance # (if applicable) _____ Dated: *8/19/14* or ☐ Correspondence: Dated: _____

Received: *9/10/14* Regarding: *Denied under clothes, sheets & towels the 4mths*
　　　　Date　　　　　　　*he's been in seg.*

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL 62706

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☑ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____.
　　　　　　　　　　　　　　　　　　Date

☐ No justification provided for additional consideration.

**Other** (specify): _____

_____

Completed by: _____ Debbie Knauer _____　*Debbie Knauer*　　*10/23/14*
　　　　　　　　Print Name　　　　　　　Signature　　　　Date

Distribution: Offender　　　　　　*Printed on Recycled Paper*　　　　DOC 0070 (Rev.4/2013)
　　　　　Inmate Issues

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 8-19-14 | Offender: (Please Print) CORTEZ LYONS. | ID#: R47483 |
| --- | --- | --- |
| Present Facility: Stateville | Facility where grievance issue occurred: Stateville NRC | |

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ ADA Disability Accommodation
☐ Staff Conduct ☐ Dietary ☐ Medical Treatment ☐ HIPAA
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☐ Other (specify):

☑ Disciplinary Report: 4 / 24 / 14
Date of Report    Stateville NRC
Facility where issued

AUG 21 2014
GRIEVANCE OFFICER
STA# 2516

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): I am grieving the Fact that according to the duration of my Segregation sentence I am being held on a excessive term of one year Seg. my two charges were fighting And Asaulting any Person. upon Hearing my ticket I explain to LT, Best that during a fight between me And my cellie being that I was being Pressed Against a wall and Choked by my cellie who was at least A hundred Pounds Heavier that I, I only acted in Self defense And swung a ink Pen at my cellie who was Choking me. to get him off of me, LT, Best told me that →

Relief Requested: I am Asking For a Seg time cut / reduction of my Seg time or time served

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature    R47483    8, 19, 14
ID#    Date

(Continue on reverse side if necessary)

| **Counselor's Response (if applicable)** |
| --- |

Date Received: ___ / ___ / ___    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

RECEIVED
SEP 10 2014
OFFICE OF
INMATE ISSUES

Print Counselor's Name    Counselor's Signature    Date of Response

| **EMERGENCY REVIEW** |
| --- |

Date Received: 9, 4, 14    Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance
☑ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature    9, 5, 14
Date

Distribution: Master File; Offender    Page 1    DOC 0046 (8/2012)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

Since this was only A fight that I might be
Facing Three months At the most, It is not
Fair that I received A Year in Seg For this.
And The other individual didn't receive the same sentence
As me. This is A Violation of my eighth and Fourteenth
Amendment, cruel And unusual Punishment. I am not
Able to Properly handle my legal Matters due to the
Fact that I'm on Phone restriction And my Visits
Are behind A glass As A result of my Seg sentence.
This was nothing other than A Fight and I was
only Acting in Self defense As I was being choked And
Pinned to the wall with my breath being taking Away.
I requested A Seg time reduction And was denied. All
I'm Saying is that I've been In Seg For Four Months
And I've Served enough time And that this Punishment
Is unusual.

exhibit (4)

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Administrative Review Board
### Return of Grievance or Correspondence



Offender: **Lyons** _____ **Cortez** _____ _____ **R47483**
Last Name                   First Name            MI            ID#

Facility: **Stateville CC**

☐ Grievance: Facility Grievance # (if applicable) _____ Dated: **8/19/14** or ☐ Correspondence: Dated: _____

Received: **9/10/14** Regarding: **Seg time** _____
Date

---

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☒ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☒ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL 62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL 62706

---

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____.
Date

☐ No justification provided for additional consideration.

---

**Other** (specify): _____

---

Completed by: _____ **Debbie Knauer** _____ _Debbie Knauer_ _____ **10/23/14**
Print Name                                   Signature                   Date

Exhibit (3)

ILLINOIS DEPARTMENT OF CORRECTION
## REQUEST FOR SEGREGATION REDUCTION
STATEVILLE CORRECTIONAL CENTER

Date: _9-9-14_
To: _Lyons, Cortez_   Number: _R47483_ Location: _F137_

From: SEGREGATION UNIT ADJUSTMENT COMMITTEE

Your request for a reduction in segregation placement has been considered with the following result:

Your placement in segregations was on _4-24-14_ due to violation of the following rules:

_102 Assaulting any person-Inmate /301 Fighting_

☐ Approved for release from segregation unit effective _____ when space becomes available

☐ Denied Disciplinary Ticket pending review for new additional rule violation(s).

☑ Denied.  You may petition the Adjustment Committee again in 90 days per DR 504.

_____
Adjustment Committee Chairman

_____
Adjustment Committee Member

_____
Warden's Signature / Date

I concur
I do not concur

Comments: _____
_____
_____

DISCIPLINARY RECORD ATTACHED ☐

Distribution:   Original Offender   Printed on Recycled Paper   STA 0063 (Rev. 2/12)
                Adjustment Committee
                Master File

Exhibit (b)

ILLINOIS DEPARTMENT OF CORRECTION
## REQUEST FOR SEGREGATION REDUCTION
STATEVILLE CORRECTIONAL CENTER

Date: _9-18-14_

To: _Lyons, Cortez_ Number: _R47483_ Location: _F137_

From: SEGREGATION UNIT ADJUSTMENT COMMITTEE

Your request for a reduction in segregation placement has been considered with the following result:

Your placement in segregations was on _4/24/14_ due to violation of the following rules:

_Assault Inmate, Fighting_

☐ Approved for release from segregation unit effective _____ when space becomes available

☐ Denied Disciplinary Ticket pending review for new additional rule violation(s).

☑ Denied. You may petition the Adjustment Committee again in 90 days per DR 504.

_____
Adjustment Committee Chairman

_____
Adjustment Committee Member

_9 30 14_

Warden's Signature / Date

I concur ☐
I do not concur ☐

Comments: _____
_____
_____

DISCIPLINARY RECORD ATTACHED ☐

## OFFENDER'S GRIEVANCE

| Date: 9-17-14 | Offender: (Please Print) CORTEZ LYONS | ID#: R47483 |
|---|---|---|

| Present Facility: Stateville | Facility where grievance issue occurred: Stateville |
|---|---|

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☒ Other (specify): Living conditions

☐ Disciplinary Report: ____/____/____
    Date of Report      Facility where issued

GRIEVANCE OFFICE
SEP 22 2014
2006

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

    **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    **Chief Administrative Officer,** only if EMERGENCY grievance.
    **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I am grieving The fact that my cell is infested with insect, Roaches, spiders, earwigs, other unidentified bugs. These bugs crawl in my sheets at night. I sleep with tissue in my ear because my old cellie Marvin Moline had a roach removed from his ear, I cant sleep without worrying about these bugs that are in my bed at night. A Mouse is in and out of my cell every night. The mice climb on the counter looking for food. Shreded paint and paint chips are constantly falling off the wall. mold and rust have completely takenover the wall around the sink where my drinking water comes out.

**Relief Requested:** I'm seeking To be moved to a reasonable living cell without the problems That exist here in this cell.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Offender's Signature | R47483 | 9, 17, 14 |
|---|---|---|
| | ID# | Date |

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

Date Received: ____/____/____
☐ Send directly to Grievance Officer
☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

RECEIVED
OCT 9 2014
Office Of ____ Services

Response: _____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

---

### EMERGENCY REVIEW

Date Received: 9, 22, 14

Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☒ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| Tony Williams | 9, 22, 14 |
|---|---|
| Chief Administrative Officer's Signature | Date |

---

Distribution: Master File; Offender      Page 1      DOC 0046 (8/2012)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

This cell contains large amounts of mold and rust. I have head aches and feel very deprived of the right to an appropriate living cell. Sometimes the water is discolored (yellow) in the morning time. Inmates are constitutionally entitled to enviormental conditions that do not pose serious risk to health and safety, including deficient sanitation, inadequate fire safety, inadequate ventilation and (pest festation). See vinning-El v Long 428 F.3d 923, 928 (7 cir 2007), unsanitary maintenance and pest and insect infestation is a ongoing problem here in Stateville F-House. This causes stress, and deprives inmates housed here to be free from being deprived of a reasonabl living cell, especially being that the state I DOC claims to spend 29,000 a year on each inmate (not possible). I have constant head aches, vomiting, feeling sick when I drink this water.

DOC 0046 (8/2012)

Distribution: Master File; Offender

Printed on Recycled Paper

Exhibit(8)

**ILLINOIS DEPARTMENT OF CORRECTIONS**

P108

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: _Lyons_ _____ _Cortez_ _____ ___ _R47483_
           Last Name             First Name        MI      ID#

Facility: _Stateville CC_ _____

☑ Grievance: Facility Grievance # (if applicable) _____ Dated: _9/17/14_ or ☐ Correspondence: Dated: _____

Received: _10/9/14_ Regarding: _Conditions_ _____
         Date

The attached grievance or correspondence is being returned for the following reasons:

---

**Additional information required:**

☐ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:   Administrative Review Board
                                        Office of Inmate Issues
                                        1301 Concordia Court
                                        Springfield, IL   62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to:  Illinois Prisoner Review Board
                      319 E. Madison St., Suite A
                      Springfield, IL   62706

---

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☑ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____.
                                 Date

☐ No justification provided for additional consideration.

---

**Other** (specify): _____

_____

Completed by: _____ Debbie Knauer _____   _Debbie Knauer_    _10/29/14_
                    Print Name                           Signature            Date

Exhibit (7)

STATE OF ILLINOIS )
) SS
COUNTY OF __Will__ )

## AFFIDAVIT

I, __CORTEZ LYONS__ being first duly sworn under oath depose and state
that the foregoing is true and correct and made upon my personal knowledge and I
am competent to testify thereto.

On 4-24-14 I was attacked by my cellie inmate (Santiago R42625)
who was At least 100 Pounds heavier than I, on 5-5-14 when
I Heard my ticket I Informed LT.Best that I only acted
In selFdeFense to stop this individual From choking me. He
Attacked me First. I Had to get him oFF oF me, As A result
oF this I am being Held in segregation For one year in
violation oF The 14th Amendment equal Protection and due
Process right. I never Assaulted Anyone. The other Party only
received less than Thirty days. According to the Adjustment
committee Final summary report LT Best was Fully AwAre
oF the Fact that I was Attacked by my cellie And that
I was only acting to stop him From Hurting me. This
was Clearly not An Assault. I stoped this inmate (Santiago)
From Hurting me, This requires A Penalty less than A year.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of
perjury, that I am a named party in the above action, that I have read the above
documents, and that the information contained therein is true and correct to the best of my
knowledge.

DATE: __9-2-14__

/s/ __Cortez Lyons__
NAME: __Cortez Lyons__
IDOC#: __R47483__
__Stateville__ Correctional Center
P.O. BOX __112__
__Jollet__, IL __60434__

Exhibit(10)

# Illinois
## Department of
## Corrections

**Pat Quinn**
Governor

**S. A. Godinez**
Director

**Stateville Correctional Center**
**Route 53, P.O. Box 112**
**Joliet, IL 60434**

Telephone: (815) 727 -3607
TDD: (800) 526-0844

September 19, 2014

**Inmate: Cortez Lyons – R47483 – F137**

**RE: Inmate Request**

Dear Mr. Lyons:

This letter is being sent in response to your recent correspondence concerning a disciplinary issue.

All offenders are subject to Department Rules. You violated those rules and were administered discipline accordingly. Additionally you were afforded all of your constitutional protections in this matter.

I trust this is responsive to your inquiries.

Sincerely

Tarry Williams
Warden

TW/jal
cc:     File

Exhibit(11)

STATE OF ILLINOIS )
                  ) SS
COUNTY OF Will )

## AFFIDAVIT

I, Jamal Sharif being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

1. On August 18, 2014, inmate Cortez Lyons #R47983 moved into cell (13) with me in F-House. He had Two dirty brownish color sheets that his last cell mate give him because they never issue him any sheets coming here from NRC.

2. Lyons didn't have any underwear or T-shirts. So I give him a pair of my boxers short and a T-shirt. No matter how much he complained about not being given new sheets and underwear, towels, bath clothes, socks, etc. to staff (A/W. Calloway, programs, Lt. Sullivan, to Ms. Bierod, Warden Tarry Williams, etc.) He was denied six time, also right to purchase his own SPC commissary.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: Sept. 17, 2014

/s/ Jamal Sharif
NAME: (FKA. Donald Nobles, SR.,)
IDOC#: A88447
Stateville Correctional Center
P.O. BOX 112
Joliet, IL 60434

EXhibit 12

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF Will       )

## AFFIDAVIT

I, Jamal Sharif being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

1. ON August 18, 2014 Resident Cortez Lyons #R47483 was moved out at K-144 To F-137 with me. Throughout The NEXT couple of weeks. He developed A Serious illness. Coughing and sneezing All day And Night. His Face broke-out in Hives repeatedly.

2. Cell F-137 is A dilapidated, mold-ridded, pest & Roach-infested room. The Rusty METEL cabinet drop metal chip's into the sink contaminating The water we drink and Bath in. Our drinking water is brown & yellow daily. Multi-color paint chips Falls from ceiling on to my head, etc. The big man only sprays outside The cell, never inside. Roaches crawl into our beds daily. We go to bed with Tissue in Ears.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: Sept. 25, 2014

/s/ Jamal Sharif
NAME: (FKA Donald Nobles, Sr.)
IDOC#: A-88947
Stateville Correctional Center
P.O. BOX 112
Joliet ____ IL 60434

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER WRITE-OUT**
*Stateville Correctional Center*

*To the reader:* This letter has been inspected for security purposes. This inspection is not verification of the offender's statements contained herein.

When sending funds to an offender by mail, you may only send money orders and/or cashier's checks; each must be in the denomination of $50 or less. You may also send funds via Western Union (there is no limit to the $ amount that you may send in this manner).

You may send or bring approved publications to the facility. Such items will be reviewed by the Publications Review Committee prior to being forwarded to the offender.

The mailing address for offenders at the main facility is: P.O. Box 112, Joliet, IL 60434. The address for those at the facility's Minimum Security Unit is: 20415 Division Street, Crest Hill, IL 60435.

*Please include the offender's name and* complete number *on all correspondence, funds and publications that are mailed to the facility.*

NOTE

To **U.S. District Court Clerk**
Street

City          State          Zip Code

From **CORTeZ Lyons** R47483
Number **P.O. BOX 112**
**Joliet, IL 60434**

Greetings, I am sending this Note along with my 1983 Claim and informa Pauperis. Due to the fact that I am currently in Stateville Segregation unit I dont have access to a COPY Machine.

Please Make one COPY of my 1983 Form For the Judge And the necessary copies For each defendant Named in my Claim. IF there is a fee For the copies, Please send Me the amount in the mail and I will Pay For them.

With that said, Thank you for your time. And Service

CORTeZ LYONS

STA 0050 (Rev. 12/03)